UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

**ELLEN HANCOCK**  CV # 09-959-HO
    Plaintiff,

vs.

**MICHAEL J. ASTRUE,**  ~~PROPOSED~~ ORDER FOR EAJA FEES
**COMMISSIONER of Social Security**,

    Defendant.

---

    Based upon the Stipulation of the parties, the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and Plaintiff's EAJA petition, it is hereby ordered that EAJA attorney's fees of $7499.99 shall be awarded to Plaintiff, unless there is an allowable offset under the Department of the Treasury's Offset Program. See *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010). There are costs of $350 for the court filing fee.

    If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to Plaintiff's attorney, Martin R. Cohen, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney.

///

PROPOSED ORDER FOR EAJA FEES    CV #09-816

Any check for EAJA fees should be mailed to Plaintiff's attorney as follows:

**Martin R. Cohen**
**Attorney at Law**
**PO Box 1229**
**Lake Oswego, OR 97035**

DATED this 1st day of ~~February,~~ March 2011.

*/s/ Michael R. Hogan*
HON. MICHAEL R. HOGAN
UNITED STATES DISTRICT JUDGE

Presented by:
/s/ Linda Ziskin
**LINDA ZISKIN,** OSB # 011067
(503) 889-0472
Of Attorneys for Plaintiff

PROPOSED ORDER FOR EAJA FEES    CV #09-816